**FILED**

# UNITED STATES DISTRICT COURT 2018 FEB -9 PM 1: 17
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

### CIVIL RIGHTS COMPLAINT FORM

**MICHAEL LENARD MACK**
**Plaintiff**

CASE No.: 3:18-CV-232-J-20MCR
(To be supplied by Clerk's Office)

v.

**CENTURION OF FLORIDA,**
**DR. H. GEORGE, MD, MPH,**
**NURSE SIPPIO,**
**NURSE ROBERTS,**
**MR. BOYD, Nurse Supervisor,**
**MS. K. TODD, Asst. Supervisor**
**Respondent.** in their individual and official capacities

PROVIDED TO COLUMBIA
CORRECTIONAL INSTITUTION
ON 2-8-18 (DATE) FOR MAILING
ATS (STAFF INITIAL) MM (I/M INITIAL)

---

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

**I.**    PLACE OF PRESENT CONFINEMENT: Columbia Correctional Institution, 216 S.E. Corrections Way, Lake City, Florida 32025

**II.**   EXHAUSTION OF ADMINISTRATIVE REMEDIES: **Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

**III.**  PREVIOUS LAWSUITS:

   A.    Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?                                    Yes [ ]    No [X]

   B.    Have you initiated other lawsuits in federal court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?                                    Yes [X]    No [ ]

C.   If your answer to either A or B is Yes, describe each lawsuit in the space provided below.  If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1.   Parties to previous lawsuit:

Plaintiff(s): Michael Lenard Mack
Defendant(s): Corizon Healthcare LLC, Dr. C. Gonzalez, and Julie Jones, Sec. of DOC.

2.   Court (if federal court, name the district; if state court, name the county): Middle District of Florida

3.   Docket Number: 3:15-cv-00838-TJC-JBT

4.   Name of judge: Joel B. Toomey

5.   Briefly describe the facts and basis of the lawsuit: Plaintiff claims inadequate medical treatment in violation of his 8th Amendment rights.

6.   Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?): The case is still pending.

7.   Approximate filing date: 2-21-17

8.   Approximate disposition date: 2-18

D.   Have you initiated lawsuits or appeals in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted?  If so, identify these suits below by providing the case number, the style and the disposition of each case:  No.

IV.   PARTIES: In part A of this Section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank.  Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.   Name of Plaintiff:      Michael Lenard Mack
      Mailing address:        Columbia Correctional Institution,
                              216 S.E. Corrections Way,
                              Lake City, Florida32025

B.   Additional Plaintiffs:

In part C of this section, indicate the <u>full name</u> of the first named Defendant.  Also, filling his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.    Defendant:          Centurion of Florida LLC
       Mailing Address:  216 S.E. Corrections Way
                           Lake City, Florida 32025
       Position:           A hired entity providing medical care
       Employed at:      Columbia Correctional Institution

D.    Defendant:          Dr. H. George, M.D., MPH
       Mailing Address:  216 S.E. Corrections Way
                           Lake City, Florida 32025
       Position:           Doctor
       Employed at:      Columbia Correctional Institution

E.    Defendant:          Nurse Sippio
       Mailing Address:  216 S.E. Corrections Way
                           Lake City, Florida 32025
       Position:           Nurse
       Employed at:      Columbia Correctional Institution

F.    Defendant:          Nurse Roberts
       Mailing Address:  216 S.E. Corrections Way
                           Lake City, Florida 32025
       Position:           Nurse
       Employed at:      Columbia Correctional Institution

G.    Defendant:          Mr. Boyd
       Mailing Address:  216 S.E. Corrections Way
                           Lake City, Florida 32025
       Position:           Nurse Supervisor
       Employed at:      Columbia Correctional Institution

H.    Defendant:          Ms. K. Todd
       Mailing Address:  216 S.E. Corrections Way
                           Lake City, Florida 32025
       Position:           Nurse (Assistant Supervisor)
       Employed at:      Columbia Correctional Institution

**VI.**   <u>STATEMENT OF CLAIM</u>: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intended to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

1. Plaintiff claims deliberate indifference to his serious medical condition by Centurion of Florida, LLC, Dr. H. George M.D., MPH, Nurse Sippio, Nurse Roberts, Nurse Supervisor Mr. Boyd, and Assistant Supervisor K. Todd.

2. Plaintiff claims involve lack of proper medical treatment to his serious medical condition of (7) seven herniated disc, bulging discs, and degenerative disc disease.

3. Plaintiff has been complaining of severe chronic back and neck pain going on (5) five years.

4. Plaintiff has accessed sick call over 40 times over the Couse of (5) five years and have yet to be physically examined or referred to outside doctor for surgical consideration, a due process violation of the 8th Amendment to the United States Constitution.

5. Dr. H. George M.D., MPH has concurred that Plaintiff injuries are real but informed Plaintiff that he would have to learn to live with the pain because policy prevents him from referring him to outside doctor or prescribing stronger pain meds, which constitutes deliberate indifference and cruel and unusual punishment. A violation of the 8th Amendment to the United States Constitution.

6. Plaintiff's M.R.I. report from Windsor imaging of Ft. Lauderdale is on file, which clearly documents his serious injuries.

7. Plaintiff upon information and beliefs asserts Centurion of Florida LLC, a hired entity providing medical care at Columbia Correctional Institution has implemented a policy that prevents doctors from providing adequate medical treatment and/or making appropriate referrals which violates the 8th Amendment to the United States Constitution.

8. Ms. K. Todd, Nurse Assistant has failed to investigate and totally disregard doctors orders and Plaintiff's serious medical condition a due process violation of the 8th Amendment to the United States Constitution.

9. Plaintiff has been complaining of severe back and neck pain for five (5) years, Dr. H. George M.D., MPH, failure to properly examine the request referral for Plaintiff's serious

medical condition constitutes cruel and unusual punishment, a violation of the 8th Amendment to the United States Constitution.

10. Acting under color of state law for the Department of Corrections Centurion of Florida, LLC and all named defendants deliberate indifference to a known serious medical condition violates the Plaintiff's 8th Amendment rights to adequate medical treatment, a due process violation under constitutional law.

11. Nurse Sippio and Roberts' unprofessional conduct, and blatant disregard for Plaintiff's health and wellbeing has caused him undue pain and suffering, a due process violation of the 8th Amendment to the United States Constitution.

12. Plaintiff asserts that Mr. Boyd and K. Todd, supervisor and assistant have failed to investigate and totally disregarded Plaintiff's serious medical conditions a due process violation of the 8th Amendment to the United States Constitution.

13. Plaintiff asserts that he continues to suffer severe chronic pain and his medical condition is getting worse due to lack of proper medical treatment.

14. The Plaintiff has no adequate or complete remedy to available to redress the wrongs described herein and Plaintiff will continue to be irreparably injured by the conduct of the defendant's unless the courts grant the declaratory relief Plaintiff seeks.

**VII.   STATEMENT OF FACTS**: State as briefly as possible the Facts of your case.  Describe how each Defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Plaintiff was involved in an auto accident on or around August 2011.

2. He was transported to Broward General Hospital by ambulance and diagnosed with (7) seven herniated disc, bulging disc, and degenerative disc disease.  He has been in excruciating pain since the accident.

3. Upon entering the Department of Corrections on March 14, 2013 Plaintiff informed medical staff of his injuries and treatment regimen of physical therapy, and serious pain meds of Oxycontin 30 .mg tabs, Dilaudid 8 .mg tabs, Valium 10 .mg tabs, Soma, and Ibuprofen 800 .mg.

4. At Columbia Correctional Institution, Dr. H. George M.D., MPH, plainly admitted that Centurion of Florida prevent him from referring the Plaintiff to outside doctor for surgical consideration.

5. Plaintiff's injuries are serious and need the attention of a qualified doctor.

6. Plaintiff's medical records clearly shows that he has followed all procedures concerning sick call.

7. Plaintiff's M.R.I. report from Windsor Imagining at Ft. Lauderdale has been on file since 4-28-14 which clearly documents this serious injuries.

8. On 11-17-2017 Nurse Sippio and Roberts refused to refer my chart to the doctor claiming that the doctor has been ordering me the same meds and then giving me anything will be futile.

9. Doctor H. George M.D., MPH, ordered me medical boots in 2015, and 2016, Centurion of Florida refused to comply with the doctor's orders, violating my 8th Amendment right to adequate medical treatment.

10. Mr. Boyd, and Ms. K. Todd has blatantly overlooked the seriousness of Plaintiff's medical condition and flat out refuses to exercise their professional judgment which constitutes deliberate indifference, an 8th Amendment violation under constitutional law.

11. Nurse Sippio, Roberts, and Supervisor K. Todd informed me that I will not receive medical boots unless my family pay for them, and they areaware of my medical condition, but what do I want them to do about it and had the officer to remove me from nurses station because they were tired of hearing my complaint.  Cruel and unusual punishment at its finest violating my 8th Amendment right to adequate medical treatment.

12. Mr. Boyd and Assistant K. Todd failed to adequately investigate Plaintiff's repeated sick call visits and failedto train nursing staff of the proper way to deal with people with chronic pain issues given the fact that even a lay person would recognize t he seriousness of the Plaintiff's injuries.

13. Plaintiff's M.R.I. report clearly substantiates a serious medical condition and the unnecessary pain and suffering at the hands of Centurion of Florida dn all named defendants are a violation of my 8th Amendment right to adequate medical treatment.

14. Plaintiff has accessed sick call approximately 50 times over the course of (5) five years and still have not received adequate medical treatment or been referred to outside doctor.

15. Plaintiff is in excruciating pain, and his qualify of life has been severely affected and will continue to endure this pain unless the court order the court the defendants to provide him with proper treatment.

16. Plaintiff has exhausted his grievances with regards to this complaint.

**VIII.   RELIEF REQUESTED**
State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/statutes.

Wherefore, Plaintiff respectfully prays this court enter judgment granting Plaintiff the following:

1. A declaration that the acts and omissions described herein violated Plaintiff's 8th Amendment rights under constitutional law.

2. A preliminary and permanent injunction ordering defendant to immediately provide the Plaintiff with adequate medical treatment for the documented injuries described in this case.

3. Compensatory damages in the amount of $200,000 against defendants Centurion of Florida, LLC and Dr. H. George M.D., MPH jointly and severally.

4. Punitive damages in the amount of $200,000 againstdefendantsCenturion of Florida LLC and Dr. H. George M.D., MPH jointly and severally.

5. Compensatory damages in the amount of $20,000 against defendants Sippio, Roberts, K. Todd, and Mr. Boyd, jointly and severally.

6. Punitive damages in the amount of $20,000 against defendants Sippio, Roberts, K. Todd, and Mr. Boyd, jointly and severally.

7. A jury trial on all issues deemed criminal in activity for this case.

8. Award of all cost associated with thefiling and disposition of this case including but not limited to filing fees and court costs.

9. Any additional relief this court deems proper and equitable.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**
Signed this 7 day of February , 2018

Michael Mack
(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): [ X ] delivered to prison officials for mailing or [   ] deposited in the prison's internal mail system on: the ⎯7⎯ day of ⎯February⎯, 2018

*Michael F. Mack*
(Signature of Plaintiff)